NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PHILLIP L. AUSTIN, JR., )
)
      Appellant, )
)
v. )    Case No. 2D17-3086
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Mark Kiser, Judge.

Phillip L. Austin, Jr., pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

      Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.